Exhibit A

KILL HIM NOW
KILL HIM OR YOU WILL
LOVE FAILURE AND YOU
WILL CARRY THIS SHAME FOREVER
NO ONE PROTECTED YOU
CUT HIS HEAD OFF WITH A HATCHET
GIVE HIM BENADRYL
KILL HIM AND DUMP HIS
BODY IN THE WOODS
REMEMBER THIS THAT HE
IS THE REASON FOR WHY
YOU ARE SO FUCKED UP AND
DEFECTIVE    KILL HIM NOW
YOU STUPID COWARD

KILL

THE RAPIST FAGGOT SUBHUMAN
BEHEAD HIM CUT HIS
FUCKING HEAD OFF
CHOP OFF HIS HEAD
HE RAPED YOU
HE SEXUALLY ASSAULTED
YOU WHEN YOU WERE IN
5TH GRADE
YOU WERE A CHILD
YOU WERE ONLY 11 YEARS OLD
REMEMBER THIS
DO NOT FORGET THIS
KILL HIM

I AM NOT GOING TO LIVE
WITH THIS SHAME ANYMORE
HE DEFILED ME AND
DECEIVED ME
HE TOLD ME TO TURN AROUND AND
THEN HE GRABBED ME BY MY
SHOULDERS AND HUMPED
ME AND RUBBED HIS GENITALS ON
BY REAR END AND MY BACK
WITH HIS CLOTHES ON AND I
DID NOT LET HIM TAKE MY CLOTHES
OFF AND NOW I WILL
KILL HIM FOR ASSAULTING
ME IN THIS WAY
I WILL KILL THIS
RAPIST FAGGOT HOMOSEXUAL