Exhibit B

the plan:

STEP 0. SEMEN RETENTION
1. borax detox
2. ~~reduce one MAXING~~
3. achieve peak physical form
4. ~~Start for~~ Grow LIONS MANE MUSHROOM
5. Grow Psilocybin mushroom and take them
6. Contact Gabriel, also make group with others, etc.
7. Make money from stream supply operation
8. Make theriac serum based burn down SG loft ~~knots~~
9. Get criticism from burning down tower of babel
10. Make more drugs — meth, lsd, ecstasy
and sell them to get rich

OR (and)

10. Make bombs acetone-peroxide with full features
on a backpack and blow up some fags and get away with it
11. Finish university learning chemistry
12. Join ISIS or stay here or come back
13. ISIS teaches you how to make truck bombs
14. Come back to America (Babylon) the
law of satan and destroy his people (Washington D.C.)
15. Bomb more buildings (WTC) until economy collapses
16. Enjoy beautiful anarchy or go to
Mexico, Costa Rica, SA, or to the Ummah.
and also go take an ~~apartment~~