Exhibit C

You're thinking correctly

https://openinframap.org/

methods:
      Make sure fundus moisture 3:00 - 4:00 am

lazy way: use a gun, bellamy sniper style
      read books on how to scout
      out area, sniper nest,
      marksmanship

alternate: bake cookies and get a backpack
      cut through fences and plant it
      light it and run

      (Georgia Guidestones style)

alternate 2: use drones and graphite
      research serbia      war and drone
                                          warfare
      Get dental warranty (drone)
      Drop graphite filaments on
      high voltage lines
      ?.?.?
          Profit!