Exhibit D

Case 1:25-mj-07064-EAP    Document 15-4    Filed 03/24/26    Page 1 of 2 PageID: 94

Things to buy:

weapons & firearms:
- AK-47 (WASR-10)
  - High capacity magazines
  - Heat resistant glove
  - 8m3 bullet
- AR-15
  - 30 round magazines
  - (apps - Archive)

- .22 revolver
  at least two handguns

- suppressor (homemade)

explosives:
- pipe bombs
  ~~gunpowder~~
  - black powder   RDR ~~yace~~

- ~~detonator~~
  - backpack bomb
    or duffel bag

Arson:
- Ronsonal lighter fluid
- liquid butane
- coke bottles (pressurized) for butane

- thermite bomb
  XR/5L supersoaker with gasoline (plan
  (see for water)
  - matches

other:
- Hammer   - extension cord
- ~~X~~ bolt cutters (high quality)

- flash bolt
- duffel bag

- Methamphetamine
- crack cocaine
- ~~Heroin~~
- Phenobarb